# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| FINTIV, INC., *Plaintiff* | § § § § § § § § § | 6:21-CV-00926-ADA |
| -vs- | | |
| APPLE INC., *Defendant* | | |

## ORDER

Pursuant to the Federal Circuit's October 1, 2021 Order (Dkt. 411), it is hereby ORDERED that this case is **TRANSFERRED** to the Austin Division of the Western District of Texas. This case will remain on the docket of the undersigned. It is FURTHER ORDERED that this case is set for jury trial starting on January 10, 2022 at 9:00AM.

SIGNED this 4th day of October, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE